919 THIRD AVENUE, NEW YORK, NY 10022

**JENNER&BLOCK** LLP

September 4, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/4/20
```

Elizabeth A. Edmondson
Tel  +1 212 891 1606
eedmondson@jenner.com

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED. 9/4/20

*/s/ Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

Re:   *Sosa v. Glad Products Co.*, Case No. 1:20-cv-05222-AJN
       Letter Motion for Extension of Time to Respond to Complaint

Dear Judge Nathan:

SO ORDERED.

Pursuant to Rule 1.D of this Court's standing order, I submit this letter motion on behalf of Defendant The Glad Products Company ("Glad") and respectfully request that Glad's deadline to file a responsive pleading be extended by thirty days from September 14, 2020 until October 14, 2020.  The parties have reached a settlement in principle, but they anticipate that they will not be able to finalize the settlement until after September 14, 2020, when Glad's responsive pleading is due.  To that end, we have conferred with Plaintiff's counsel, Jeffrey Gottlieb, who has agreed to continue Glad's deadline to respond to the complaint by thirty days.

This is Glad's first request for an adjournment or continuance of any kind.

Respectfully submitted,

/s/ Elizabeth A. Edmondson
Elizabeth A. Edmondson
Counsel for Defendant The Glad Products Company

Cc: (by ECF) Jeffrey Gottlieb, counsel for Plaintiff